## STATE EX REL. DODD *v.* BARTHOLOMEW CIRCUIT COURT ETC.

[No. 0-598. Filed May 24, 1960.]

*Richard Dodd, pro se.*

PER CURIAM—The above named party has filed with the clerk of this Court a so-called Petition for Writ of Mandate to annul, vacate and set aside judgment of the trial court.

There are no certified copies of any action in a trial court filed with the petition.

Since there is no compliance with Rule 2-35 of this Court, the petition is denied.

NOTE.—Reported in 167 N. E. 2d 345.